*March 2, 2017*

2017-Ohio-724.]

1418

**2013–0536.   State v. Spaulding.**
Summit C.P. No. CR 12 05 1508. On appellant's motion for stay of execution of death sentence pending disposition of available state remedies. Motion granted. This stay shall remain in effect until exhaustion of all state postconviction proceedings, including any appeals.